**Ronald Scribner, Defendant-Appellant, v. The People of the State of Illinois, Plaintiff-Appellee.**

Gen. No. 65–85. 

Fifth District.

May 31, 1966.

 Harold Broverman, of Taylorville, for appellant; Rolland F. Tipsword, State's Attorney, of Taylorville, for appellee. Opinion by JUSTICE MORAN. Not to be published in full.